UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EVREN DAVENPORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01882 ERW |
| ) | |
| DILLARD'S, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion to Remand [doc. #15]. In her motion, Evren Davenport ("Plaintiff") informs the Court that she filed an Amended Complaint on June 16, 2008. Plaintiff states that as a result of this amendment, the parties to this action are not diverse and the Court does not have jurisdiction over this action. Defendant Dillards, Inc. has responded to Plaintiff's Motion, and consents to having this action remanded.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand [doc. #15] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall remand this action to the Circuit Court of St. Louis County, State of Missouri, from which it was removed.

Dated this 26th Day of June, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE